IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TEAGUE CONWAY                          :
                                       :            CIVIL ACTION
        v.                             :
                                       :            NO. 04-4862
A.I. DUPONT HOSPITAL FOR               :
CHILDREN, et al.                       :

## ORDER

AND NOW, this 26 day of May, 2009, upon consideration of Plaintiff's Motion for

Reconsideration of Order Entered January 7, 2009 Granting Summary Judgment in Favor of

Defendants (Doc. No. 152), and all papers submitted in support thereof and in opposition thereto,

it is ORDERED that Plaintiff's Motion for Reconsideration is DENIED.

        IT IS SO ORDERED.


                                       BY THE COURT:


                                       _____
                                       R. Barclay Surrick, Judge